UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00036-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Vs. | ) ORDER |
| **ISIAH EZECHUKWU,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the government's Motion to Dismiss Indictment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Indictment (#16) is **GRANTED**, and the Bill of Bill Indictment is **DISMISSED** without prejudice.

Signed: 5/9/2014

Max O. Cogburn Jr.
United States District Judge